**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| MICHELLE MAHER,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF FRESNO,<br><br>            Defendant. | Case No.: 08-CV-00050-OWW-SMS<br><br>**STIPULATON AND ORDER GRANTING AN EXTENSION FOR PLAINTIFF'S DISCOVERY DEADLINES** |

   IT IS HEREBY STIPULATED by and between counsel for Defendant CITY OF FRESNO and counsel for Plaintiff MICHELLE MAHER that the deadline to file responsive pleadings to Defendant City of Fresno's Fed. R. Civ. P. 33(a) – Special Interrogatories (Set One), Fed. R. Civ. P. 34 Request for Production of Documents (Set One), and Defendant's Fed. R. Civ. P. 36 Request for Admissions (Set One), is hereby extended seven (7) days from August 11, 2008 to August 18, 2008.

Dated:  August 6, 2008           By      \s\ Gregory L. Myers
                                         GREGORY L. MYERS
                                         Attorney for Defendant
                                         CITY OF FRESNO


Dated:  August 6, 2008           By      \s\ Jessica Albert
                                         JESSICA ALBERT
                                         Attorney for Plaintiff
                                         MICHELLE MAHER

**ORDER:**
THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

Dated:   8/12/2008          By:    /s/ Sandra M. Snyder
                                   JUDGE SANDRA M. SNYDER

CASE NO. 08-CV-00050-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, Jessica Albert, declare:

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 499 14th Street, Suite 220, Oakland, CA 94612.

On August 6, 2008, I served the within document(s):

1) **STIPULATON AND [PROPOSED] ORDER GRANTING AN EXTENSION FOR PLAINTIFF'S DISCOVERY DEADLINES**
2) this **CERTIFICATE OF SERVICE**

to:

| | |
|---|---|
| Gregory L. Myers, Senior Deputy City Attorney<br>CITY OF FRESNO<br>2600 Fresno Street<br>Fresno, CA 93721-3602<br>Telephone:  (559) 621-7500<br>Fax:  (559) 488-1084 | Lisa J. Leebove (SBN 186705)<br>Angela Perone (SBN 245793)<br>EQUAL RIGHTS ADVOCATES<br>1663 Mission Street, Suite 250<br>San Francisco, CA  94103<br>Telephone:  (415) 621-0672<br>Facsimile:  (415) 621-6744 |

via the following method(s)

\_\_\_\_\_ **By personally delivering true copies to the person stated above.**

\_\_\_\_\_ **By personally transmitting true copies thereof via email**

\_\_\_\_\_ **By placing true copies thereof in sealed envelopes, addressed to the parties named above, with first class postage thereon fully prepaid and depositing the same in the United States Mail at San Francisco, California.**

\_\_\_\_\_ **By placing true copies thereof in sealed envelopes, addressed to the parties named above, fully prepaid, for pick up by the United Parcel Service for overnight delivery.**

\_\_X\_\_ **By automatic electronic service of the document through the Court's CM/ECF  system pursuant to L.R. 5-135(g).**

I declare under the laws of California and the United States that the foregoing is true and correct.  Executed on August 6, 2008, at Oakland, California.

\_\_\_\_\_\s\ Jessica Albert_____
Jessica Albert

- 2 -   CASE NO. 08-CV-00050-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com