| | |
|---|---|
| DAN SIEGEL, SBN 56400<br>JESSICA ALBERT, SBN 249770<br>SIEGEL & YEE<br>499 14th Street, Suite 220<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698 | JAMES C. SANCHEZ, City Attorney<br>CITY OF FRESNO<br>By: Gregory L. Myers, Senior Deputy (#95743)<br>2600 Fresno Street<br>Fresno, California 93721-3602<br>Telephone: (559) 621-7500<br>Facsimile: (559) 488-1084 |
| *Attorneys for Plaintiff MICHELLE MAHER* | *Attorneys for Defendant CITY OF FRESNO* |

LISA J. LEEBOVE, SBN 186705
ANGELA PERONE, SBN 245793
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA 94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

*Attorneys for Plaintiff MICHELLE MAHER*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MAHER,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, and DOES 1 through 10, inclusive,<br><br>          Defendant. | Case No.:  08-CV-00050-OWW-SMS<br><br>**AGREED PROTECTIVE ORDER ADDENDUM GOVERNING CONFIDENTIAL-ATTORNEY/EXPERT EYES ONLY INFORMATION** |

WHEREAS, the undersigned Parties have agreed to, and the Court approves, the following terms governing confidential-attorney/expert eyes only information, IT IS HEREBY ORDERED THAT:

The following language shall be inserted in Paragraph 1 at page 2, line 2, before the period of the parties' Agreed Protective Order Governing Confidential Information and the Inadvertent Disclosure of Privileged Material: "and in the orders of the Court herein."

AGREED PROTECTIVE ORDER ADDENDUM                                    08-CV-00050-OWW-SMS

1  The following language shall be inserted as new Paragraph 1(a) at page 2, line 3, of the
2  parties' Agreed Protective Order Governing Confidential Information and the Inadvertent
3  Disclosure of Privileged Material:

5  Defendant may designate as "CONFIDENTIAL - ATTORNEY/EXPERT EYES
6  ONLY" any documents, discovery responses, electronic data, transcripts,
7  exhibits or other materials that reflect the identity of: (a) any particular current or
8  former Fresno Fire Academy recruit in relation to his or her recruit training file;
9  (b) any City of Fresno current or former employee in relation to his or her
10 personnel file; (c) any harassment, discrimination, and/or retaliation complainant
11 against the City of Fresno or any of its employees or subdivisions in relation to
12 that individual's complaints.  Documents and information so designated as
13 "CONFIDENTIAL-ATTORNEY/EXPERT EYES ONLY" shall not be
14 disclosed to persons other than those described in Paragraph 4, infra, subsections
15 (a), (b), (d), (e), (g) and (h); provided, however, that (i) either party may disclose
16 designated Fresno Fire Academy recruit training file documents or other material
17 to deponents and trial witnesses in this action who performed in a supervisory
18 capacity in the Fresno Fire Academy, (ii) notwithstanding any other provision in
19 this Agreement, either party may disclose to a particular current or former
20 Fresno Fire Academy recruit his or her own training file in its full, complete,
21 unredacted form, and (iii) either party may disclose to a particular current or
22 former City of Fresno employee his or her own personnel file in its full,
23 complete, unredacted form, and (iv) either party may disclose to a particular
24 harassment, discrimination, and/or retaliation complainant against the City of
25 Fresno or any of its employees or subdivisions documents or other material
26 related to that person's complaints, and (v) either party may disclose documents
27 so designated to any necessary court reporters in the course of their work as
28 such.

PDF created with pdfFactory trial version www.pdffactory.com

1  Except as specified above, all other terms of the parties' Agreed Protective Order
2  Governing Confidential Information and the Inadvertent Disclosure of Privileged
3  Material shall apply to information designated "CONFIDENTIAL-
4  ATTORNEY/EXPERT EYES ONLY" in the same manner as such terms apply
5  information designated CONFIDENTIAL.

7  Nothing in this Addendum agreement waives either party's right to seek additional
8  protections, disclosure or Court determinations.

10  IT IS SO ORDERED:  9/17/2008      /s/ SANDRA M. SNYDER
11                                    United States Magistrate Judge

13  AGREED TO BY:
14  Dated: September 5, 2008          Siegel & Yee LLP

16                                    By:  \s\ Jessica Albert
17                                         Jessica Albert

19  Dated: September 5, 2008          Equal Rights Advocates

21                                    By:  \s\ Lisa Leebove
22                                         Lisa Leebove

23  Dated: September 11, 2008         City of Fresno

25                                    By:  \s\ Gregory Myers
26                                         Gregory Myers

AGREED PROTECTIVE ORDER                          Case No.:  08-CV-00050-OWW-SMS
- 3 -

PDF created with pdfFactory trial version www.pdffactory.com