**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| MICHELLE MAHER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FRESNO,<br><br>    Defendant. | Case No.: 1:08-CV-00050-OWW-SMS<br><br>**STIPULATON AND ORDER MODIFYING THE CURRENTLY SET <u>CASE DEADLINES</u>** |

IT IS HEREBY STIPULATED by and between counsel for Defendant CITY OF FRESNO and counsel for Plaintiff MICHELLE MAHER that the following deadlines will be set:

Non-expert discovery deadline: May 8, 2009

Expert disclosure deadline: May 15, 2009

Supplemental expert disclosure deadline: May 28, 2009

Expert discovery deadline: June 29, 2009

Non-dispositive motion filing deadline: July 8, 2009

Dispositive motion filing deadline: July 29, 2009

The currently set Settlement Conference, Pre-trial Conference, and Trial Date will remain the same.

\\\

\\\

\\\

CASE NO. 08-CV-00050-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: | By | \s\ Gregory Myers |
| 3 | | | GREGORY L. MYERS |
| | | | Attorney for Defendant |
| 4 | | | CITY OF FRESNO |

Dated:                                By      \s\ Jessica Albert
                                              JESSICA ALBERT
                                              Attorney for Plaintiff
                                              MICHELLE MAHER

Dated:                                By      \s\ Debra Smith
                                              DEBRA SMITH
                                              Attorney for Plaintiff
                                              MICHELLE MAHER

**ORDER:**
THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

Dated:   3/4/2009                     By      /s/ Sandra M. Snyder
                                              JUDGE SANDRA M. SNYDER

PDF created with pdfFactory trial version www.pdffactory.com

# **CERTIFICATE OF SERVICE**

I, Jessica Albert, declare:

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 499 14th Street, Suite 220, Oakland, CA 94612.

On February 26, 2009, I served the within document(s):

**1)**        **STIPULATON AND [PROPOSED] ORDER MODIFYING THE CURRENTLY SET CASE DEADLINES**

2)        this **CERTIFICATE OF SERVICE**

to:

Gregory L. Myers, Senior Deputy City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721-3602
Telephone:  (559) 621-7500
Fax:  (559) 488-1084

Debra Smith
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone:  (415) 621-0672
Facsimile:  (415) 621-6744

via the following method(s)

    **_____**     **By personally delivering true copies to the person stated above.**
    **_____**     **By personally transmitting true copies thereof via email**
    **_____**     **By placing true copies thereof in sealed envelopes, addressed to the parties named above, with first class postage thereon fully prepaid and depositing the same in the United States Mail at San Francisco, California.**
    **_____**     **By placing true copies thereof in sealed envelopes, addressed to the parties named above, fully prepaid, for pick up by the United Parcel Service for overnight delivery.**
    **__X___**     **By automatic electronic service of the document through the Court's CM/ECF  system pursuant to L.R. 5-135(g).**

I declare under the laws of California and the United States that the foregoing is true and correct.  Executed on February 26, 2009, at Oakland, California.

                                                          \s\ Jessica Albert
                                                             Jessica Albert

PDF created with pdfFactory trial version www.pdffactory.com