| | |
|---|---|
| Dan Siegel, (#56400) | James C. Sanchez, City Attorney |
| Jessica Albert, (#249770) | CITY OF FRESNO |
| SIEGEL & YEE | Gregory L. Myers, Senior Deputy (#95743) |
| 499 14th Street, Suite 220 | Tina R. Griffin, Deputy Attorney (#210328) |
| Oakland, California 94612 | 2600 Fresno Street |
| Telephone: (510) 839-1200 | Fresno, California 93721-3602 |
| Facsimile: (510) 444-6698 | Telephone: (559) 621-7500 |
| | Facsimile: (559) 488-1084 |

*Attorneys for Plaintiff MICHELLE MAHER*    *Attorneys for Defendant CITY OF FRESNO*

Debra Smith, (#147863)
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, California 94103
Telephone: (415) 621-0672
Facsimile: (415) 621-6744

*Attorneys for Plaintiff MICHELLE MAHER*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MAHER,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 08-CV-00050-OWW-SMS<br><br>**AGREED STIPULATION FOR DEPOSITION OF NON-PARTY WITNESS MICHAEL E. MITCHELL AND ORDER** |

IT IS STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR ATTORNEYS AS FOLLOWS:

The Defendant CITY OF FRESNO originally scheduled the deposition of MICHAEL E. MITCHELL on **May 8, 2009,** at the Comfort Inn Suites, located at 1590 University Avenue, Riverside, California 92507; telephone number (951) 683-6000;

1

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Agreed Stipulation for Deposition of Non-Party Witness Michael E. Mitchell and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | WHEREAS, deponent MICHAEL E. MITCHELL has relocated to Chicago, Illinois. The |
| 2 | parties are stipulating that his deposition be rescheduled to take place on **May 5, 2009,** at a time |
| 3 | to be agreed upon by the parties through their attorneys and Mr. Mitchell. |
| 4 | WHEREAS, the deposition will be taken telephonically at the McCorkle Court Reporting |
| 5 | firm, located at 200 N. LaSalle Street, Ste. 300, Chicago, Illinois 60611; telephone number |
| 6 | (312) 726-8897. |

DATED: April 30, 2009                    Respectfully submitted,

                                                  JAMES C. SANCHEZ
                                                City Attorney

                                                By: _____/s/ Gregory L. Myers_____
                                                       GREGORY L. MYERS
                                                       Senior Deputy City Attorney

                                                       Attorneys for Defendant
                                                       CITY OF FRESNO


DATED: April 30, 2009                    LAW OFFICES OF SIEGEL & YEE

                                                By: _____/s/ Jessica Albert_____
                                                       JESSICA ALBERT

                                                       Attorneys for Plaintiff
                                                       MICHELLE MAHER


DATED: April 30, 2009                    EQUAL RIGHTS ADVOCATES

                                                By: _____/s/ Debra Smith_____
                                                       DEBRA SMITH

                                                       Attorneys for Plaintiff
                                                       MICHELLE MAHER

GLM:elb [49072elb/glm]

2

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Agreed Stipulation for Deposition of Non-Party Witness Michael E. Mitchell and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED

DATED:     5/1/2009                           /s/ Sandra M. Snyder
                                              U.S. MAGISTRATE JUDGE

3

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Agreed Stipulation for Deposition of Non-Party Witness Michael E. Mitchell and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | CCP §§ 1011, 1013, 1013a, 2015.5 |
|   | FRCP 5(b) |
| 3 | STATE OF CALIFORNIA, COUNTY OF FRESNO |
| 4 | |
| 5 | I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2600 Fresno Street, Fresno, CA 93721-3602. |
| 6 | On **May 1, 2009,** I served the document described as **AGREED STIPULATION FOR DEPOSITION OF NON-PARTY WITNESS MICHAEL ERIC MITCHELL AND PROPOSED ORDER** on the interested parties in this action ○ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ■ by placing ○ the original ■ a true copy thereof enclosed in sealed envelopes addressed as follows: |

Dan Siegel, Esq.
Jessica Albert, Esq.
**Siegel & Yee**
499 14th Street, Suite 220
Oakland, CA 94612
jalbert@siegelyee.com
Telephone: (510) 839-1200
FAX: (510) 444-6698

Debra Smith, Esq.
**Equal Rights Advocates**
1663 Mission Street, Suite 250
San Francisco, CA 94103
lleebove@equalrights.org
Telephone: (415) 621-0672
FAX: (415) 621-6744

○BY MAIL     ○ I deposited such envelope in the mail at Fresno, California. The envelope was mailed with postage thereon fully prepaid.

○As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

○ (BY E-FILING) The above noted individuals are registered with the Court to receive notice of electronic filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

○ (Federal)     I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on **May 1, 2009,** at Fresno, California

                                                                       /s/ Emma L. Baker
                                                                        Emma L. Baker

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com