**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| MICHELLE MAHER,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF FRESNO,<br><br>           Defendant. | Case No.: 08-CV-00050-OWW-SMS<br><br>**STIPULATON AND ORDER RESETTING DATE OF PRE-TRIAL <u>CONFERENCE</u>** |

   IT IS HEREBY STIPULATED by and between counsel for Defendant CITY OF FRESNO and counsel for Plaintiff MICHELLE MAHER that the pre-trial conference will be reset from September 28, 2009, at 11:00 a.m. to September 23, 2009, at 12:00 p.m.

Dated:                                   By      \s\ _____
                                                         GREGORY L. MYERS
                                                         Attorney for Defendant
                                                         CITY OF FRESNO

Dated:                                   By      \s\ _____
                                                         JESSICA ALBERT
                                                         Attorney for Plaintiff
                                                         MICHELLE MAHER

**ORDER:**
THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

Dated:  _8/25/2009_____        By    _/s/ OLIVER W WANGER_____
                                                         JUDGE OLIVER W. WANGER

CASE NO. 08-CV-00050-OWW-SMS

# CERTIFICATE OF SERVICE

I, Jessica Albert, declare:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 499 14th Street, Suite 220, Oakland, CA 94612.

On August 24, 2009, I served the within document(s):

    **1)**    **STIPULATON AND [PROPOSED] ORDER RESETTING DATE OF PRE-TRIAL CONFERENCE**

    **and**

    **2)**    **this CERTIFICATE OF SERVICE**

to:

Gregory L. Myers, Senior Deputy City Attorney
CITY OF FRESNO
2600 Fresno Street
Fresno, CA 93721-3602
Telephone: (559) 621-7500
Fax: (559) 488-1084

via the following method(s)

    ___    **By personally delivering true copies to the person stated above.**
    ___    **By personally transmitting true copies thereof via email**
    ___    **By placing true copies thereof in sealed envelopes, addressed to the parties named above, with first class postage thereon fully prepaid and depositing the same in the United States Mail at San Francisco, California.**
    ___    **By placing true copies thereof in sealed envelopes, addressed to the parties named above, fully prepaid, for pick up by the United Parcel Service for overnight delivery.**
    **X**    **By automatic electronic service of the document through the Court's CM/ECF system pursuant to L.R. 5-135(g).**

I declare under the laws of California and the United States that the foregoing is true and correct. Executed on August 24, 2009, at Oakland, California.

                                                            _____
                                                             Jessica Albert

PDF created with pdfFactory trial version www.pdffactory.com