Dan Siegel, SBN 56400
Jessica Albert, SBN 249770
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Debra A. Smith, SBN 147863
Lisa J. Leebove, SBN 186705
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone:  (415) 621-0672
Facsimile:  (415) 621-6744

*Attorneys for Plaintiff Michelle Maher*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MICHELLE MAHER,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO,<br><br>            Defendant. | Case No.:  08-CV-00050-OWW-SMS<br><br>**ORDER GRANTING PLAINTIFF'S FED. R. CIV. P. 56(d)  MOTION FOR SUMMARY ADJUDICATION OF ISSUES** |

Plaintiff Michelle Maher brought suit against the City of Fresno, alleging, *inter alia*, that Defendant forced her to resign from the City of Fresno Fire Department Fire Academy and refused to reinstate her based at least in part on the unlawful consideration of her gender, parental status, and primary care-giving status in violation of Title IX, 20 U.S.C. § 1681. Plaintiff seeks summary adjudication on the issue of whether the City of Fresno Fire Department Fire Academy is an "education program or activity receiving Federal financial assistance" for purposes of Title IX.

Maher v. City of Fresno, Case No. 08-CV-00050-OWW-SMS
Order Granting Pl.'s Mot. for Partial Summary Adjudication of Issues

- 1 -

As set forth in the Court's September 3, 2009 Memorandum Decision and Order, based on the parties' submissions it is undisputed, and there is no triable issue, that the City of Fresno Fire Department Fire Academy is an "education program or activity receiving Federal financial assistance" under Title IX, 20 U.S.C. § 1681(a), for purposes of Defendant's alleged Title IX liability. Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Dated:  9/8/2009                          /s/ OLIVER W. WANGER
                                          United States District Judge