JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By: Gregory L. Myers, Senior Deputy Attorney (#95743)
By: Tina R. Griffin, Deputy City Attorney (#210328)
2600 Fresno Street
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendant CITY OF FRESNO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MAHER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 08-CV-00050-OWW-SMS<br><br>**ORDER RE DEPOSITION EXCERPTS TO BE READ FROM DEPOSITION OF MICHAEL MITCHELL, DATED MAY 5, 2009, IN CHICAGO, ILL** |

    The Pre-Trial Motion hearing in the above-referenced case came on before the Honorable Oliver W. Wanger in Department 3 on October 16, 2009, at 12:00 p.m. Defendant appeared through its counsel of record, Gregory L. Myers, Sr. Deputy City Attorney, and Plaintiff, MICHELLE MAHER, appeared through her counsel of record, Dan Siegel, Esq.

    The Court ordered the following relating to the deposition excerpts to be read from the deposition of Michael Mitchell, dated May 5, 2009, in Chicago, Illinois:

| | |
|---|---|
| Page 4, line 2 to page 8, line 2 | No objection by plaintiff |
| Page 8, line 13 to page 9, line 10 | No objection by plaintiff |
| Page 10, line 5 to page 12, line 11 | No objection by plaintiff |
| Page 12, lines 13-15 | No objection by plaintiff |
| Page 12, lines 20-22 | Read Pages 12, lines 20-24 |

1      MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Order Re Deposition Excerpts to be Read From Deposition of Michael Mitchell

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Page 13, line 25-page 14, line 5 | No objection by plaintiff |
| Page 14, lines 9 – 11 | No objection by plaintiff |
| Page 14, lines 12-15 | No objection by plaintiff |
| Page 14, line 24 to page 15, line 15 | Objection as to relevance sustained to all except Page 15, lines 8-13 |
| Page 16, line 17 to page 17, line 3 | Objection overruled |
| Page 17, line 23 to page 18, line 4 | Page 18, lines 2-4 will be read |
| Page 18, lines 2-4 | Objection overruled |
| Page 18, lines 10-20 | Objection overruled |
| Page 19, lines 18-21 | Objection overruled |
| Page 20, line 12 to page 21, line 20 | Defense withdrew |
| Page 22, line 24 to page 23, line 6 | Page 23, lines 3-6 will be read |
| Page 23, line 7 to page 24, line 3 | Objection withdrawn |
| Page 24, line 7 to page 25, line 7 | Defense withdrew |
| Page 25, line 25 to page 26, line 12 | Objection withdrawn |
| Page 26, lines 13-19 | Objection withdrawn |
| Page 26, line 23 to page 27, line 14 | Objection overruled on condition that the defendant withdraw earlier inaccurate testimony |
| Page 27, lines 15-22 | No objection by plaintiff |
| Page 27, line 23 to page 28, line 12 | Defense withdrew |
| Page 28, lines 18-25 | Page 28, lines 23-25 will be read |
| Page 29, lines 15-25 | Defense withdrew |
| Page 30, line 6-11 | Defense withdrew |
| Page 30, line 21 to page 31, line 11 | Objection overruled |

2

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Order Re Deposition Excerpts to be Read From Deposition of Michael Mitchell

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Page 32, lines 20 to page 33, line 6 | Defense withdrew |
| Page 34, line 19 to page 35, line 13 | Objection overruled |
| Page 36, line 19 to page 37, line 2 | Defense withdrew |
| Page 37, lines 5-8 | Objection overruled |
| Page 37, line 19 to page 38, line 4 | Defense withdrew |
| Page 38, lines 17-20 | Objection overruled |
| Page 39, lines 4-12 | Objection overruled |
| Page 39, line 16 to page 40, line 18 | Defense withdrew |
| Page 40, lines 19 to page 41, line 2 | Objection overruled |
| Page 42, lines 11-22 | Defense withdrew |
| Page 43, lines 4-15 | No objection by plaintiff |
| Page 43, line 22 to page 44, line 5 | Defense withdrew |

DATED:  ___October 22, 2009_____

___/s/ Oliver W. Wanger_____
THE HONORABLE OLIVER W. WANGER

GLM:lc[51150lc/glm]

3                                             MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Order Re Deposition Excerpts to be Read From Deposition of Michael Mitchell

PDF created with pdfFactory trial version www.pdffactory.com