JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By: Gregory L. Myers, Senior Deputy Attorney (#95743)
By: Tina R. Griffin, Deputy City Attorney (#210328)
2600 Fresno Street
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendant CITY OF FRESNO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE MAHER, | ) | Case No.: 08-CV-00050-OWW-SMS |
| Plaintiff, | ) | |
| vs. | ) | **JOINT PROPOSED JURY INSTRUCTIONS** |
| | ) | |
| CITY OF FRESNO, and DOES 1 through 10, inclusive, | ) | Date: October 27, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Courtroom: #3 (7th Floor) |
| | ) | Judge: Honorable Oliver W. Wanger |

Pursuant to the Pretrial Order, Plaintiff MICHELLE MAHER and Defendant CITY OF FRESNO hereby submit the attached joint proposed jury instructions.

DATED: October 26, 2009

Respectfully submitted,

SIEGEL & YEE

By: _____
    DAN SIEGEL
    Attorneys for Plaintiff
    MICHELLE MAHER

/ / /

/ / /

/ / /

1

1

DATED:  October 26, 2009

JAMES C. SANCHEZ
City Attorney

2

3

By: _____ /s/ Gregory L. Myers _____

4

GREGORY L. MYERS
Senior Deputy City Attorney
Attorneys for Defendant
CITY OF FRESNO

5

6

7

8

GLM:lc[51156lc/glm]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## **TABLE OF CONTENTS**

2 PROPOSED INSTRUCTION NO. 1.1A -- Duty of Jury.............................................. 5

3 PROPOSED INSTRUCTION NO. 1.1B – Duty of Jury........................................... 6

4 PROPOSED INSTRUCTION NO. 1.1C – Duty of Jury........................................... 7

5 PROPOSED INSTRUCTION NO. 1.2 – Claims and Defenses................................. 8

6 PROPOSED INSTRUCTION NO. 1.3 – Burden of Proof-Preponderance of the Evidence.. 10

7 PROPOSED INSTRUCTION NO. 1.6 – What is Evidence...................................... 11

8 PROPOSED INSTRUCTION NO. 1.7 – What is Not Evidence................................. 12

9 PROPOSED INSTRUCTION NO. 1.8 – Evidence for Limited Purpose....................... 13

10 PROPOSED INSTRUCTION NO. 1.9 – Direct and Circumstantial Evidence................. 14

11 PROPOSED INSTRUCTION NO. 1.10 – Ruling on Objections................................ 15

12 PROPOSED INSTRUCTION NO. 1.11 – Credibility of Witnesses............................ 16

13 PROPOSED INSTRUCTION NO. 1.12 – Conduct of the Jury.................................. 17

14 PROPOSED INSTRUCTION NO. 1.13 – No Transcript Available to Jury.................... 18

15 PROPOSED INSTRUCTION NO. 1.14 – Taking Notes......................................... 19

16 PROPOSED INSTRUCTION NO. 1.18 – Bench Conferences and Recesses.................. 20

17 PROPOSED INSTRUCTION NO. 1.19 – Outline of Trial....................................... 21

18 PROPOSED INSTRUCTION NO. 2.1 – Stipulated Testimony................................. 22

19 PROPOSED INSTRUCTION NO. 2.2 – Stipulations of Fact................................... 23

20 PROPOSED INSTRUCTION NO. 2.4 – Deposition in Lieu of Live Testimony.............. 24

21 PROPOSED INSTRUCTION NO. 2.5 – Transcript of Tape Recording....................... 25

22 PROPOSED INSTRUCTION NO. 2.8 – Impeachment Evidence – Witness................... 26

23 PROPOSED INSTRUCTION NO. 2.10 – Use of Interrogatories of a Party................... 27

24 PROPOSED INSTRUCTION NO. 2.11 – Expert Opinion....................................... 28

25 PROPOSED INSTRUCTION NO. 2.12 – Charts and Summaries Not Received in Evidence 29

26 PROPOSED INSTRUCTION NO. 2.13 – Charts and Summaries In Evidence................. 30

27 PROPOSED INSTRUCTION NO. 3.1 – Duty to Deliberate.................................... 31

28 PROPOSED INSTRUCTION NO. 3.2 – Communication with Court........................... 32

1    PROPOSED INSTRUCTION NO. 3.3 – Return of Verdict.................................... 33

2    PROPOSED INSTRUCTION NO. 4.1 – Corporations and Partnerships-Fair Treatment...... 34

3    PROPOSED INSTRUCTION NO. 5.1 – Damages-Proof....................................... 35

4    PROPOSED INSTRUCTION NO. 5.4 – Damages Arising in the Future-Discount to

5                Present Cash Value.................................... 36

6    PROPOSED INSTRUCTION NO. 10.4A.2 – Civil Rights-Title VII-"Adverse Employment

7                Action" in Disparate Treatment Cases............... 37

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1
2

**PROPOSED INSTRUCTION NO. 1.1A**

**DUTY OF JURY**

3
4        Ladies and gentlemen: You are now the jury in this case. It is my duty to instruct you on
5   the law.

6        These instructions are preliminary instructions to help you understand the principles that
7   apply to civil trials and to help you understand the evidence as you listen to it.  You will be
8   allowed to keep this set throughout the trial to which to refer.  This set of instructions is not to be
9   taken home and must remain in the jury room when you leave in the evenings.  At the end of the
10  trial, I will give you a final set of instructions.  It is the final set of instructions which will govern
11  your deliberations.

12       You must not infer from these instructions or from anything I may say or do as indicating
13  that I have an opinion regarding the evidence or what your verdict should be.

14       It is your duty to find the facts from all the evidence in the case.  To those facts you will
15  apply the law as I give it to you.  You must follow the law as I give it to you whether you agree
16  with it or not.  And you must not be influenced by any personal likes or dislikes, opinions,
17  prejudices, or sympathy.  That means that you must decide the case solely on the evidence before
18  you.  You will recall that you took an oath to do so.

19       In following my instructions, you must follow all of them and not single out some and
20  ignore others; they are all important.

21

22  GIVEN:                          _____

23  GIVEN AS MODIFIED:              _____

24  WITHDRAWN:                      _____

25  REFUSED:                        _____

26

27                                  _____

28                                  UNITED STATES DISTRICT COURT JUDGE

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROPOSED INSTRUCTION NO. 1.1B

## DUTY OF JURY

Ladies and gentlemen: You are now the jury in this case. It is my duty to instruct you on the law.

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

GIVEN:                              _____

GIVEN AS MODIFIED:        _____

WITHDRAWN:                    _____

REFUSED:                          _____

_____
UNITED STATES DISTRICT COURT JUDGE

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROPOSED INSTRUCTION NO. 1.1C

## DUTY OF JURY

Members of the Jury: Now that you have heard all of the evidence and the arguments of the attorneys, it is my duty to instruct you as to the law of the case.

A copy of these instructions will be sent with you to the jury room when you deliberate.

You must not infer from these instructions or from anything I may say or do as indicating that I have an opinion regarding the evidence or what your verdict should be.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath to do so.

In following my instructions, you must follow all of them and not single out some and ignore others; they are all important.

GIVEN:                          _____

GIVEN AS MODIFIED:              _____

WITHDRAWN:                      _____

REFUSED:                        _____


_____

UNITED STATES DISTRICT COURT JUDGE

7

**PROPOSED INSTRUCTION NO. 1.2**

**CLAIMS AND DEFENSES**

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

Michelle Maher contends that the City of Fresno terminated her from the Fire Academy and refused to reinstate her based at least in part on the unlawful consideration of her gender in violation of California Government Code § 12940 and Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681(a)).

Ms. Maher also contends the City of Fresno terminated her from the Fire Academy and refused to reinstate her based at least in part on the unlawful consideration of her parental status, and primary care-giving status in violation of 20 U.S.C. § 1681(a); 23 C.F.R. §106.7.

Ms. Maher contends that the City of Fresno violated Government Code § 12940(j), in that the City of Fresno's employees sexually harassed Ms. Maher and/or it failed to take corrective action in regards to this harassment.  The harassment was sufficiently pervasive and severe as to alter the conditions of her employment and to create a hostile or abusive work environment for Ms. Maher and to ultimately result in her constructive discharge.

Ms. Maher has the burden of proving these claims.

The City of Fresno Fire Department denies Ms. Maher's allegations and maintains Ms. Maher could not perform to the legitimate and non-discriminatory standards required of Fresno firefighters.  The City of Fresno Fire Department further contends that Ms. Maher failed to take reasonable and necessary steps in order to minimize any injuries or damages she may have sustained as a result of her voluntary resignation from the academy.  The City of Fresno Fire Department also contends that Ms. Maher did not comply with the government claim filing requirements for her claim of constructive discharge and therefore it cannot be brought.

/ / /

/ / /

/ / /

The City of Fresno must prove that Ms. Maher failed to reasonably minimize any injuries she incurred as a result of her resignation from the academy and that she did not comply with the government claim filing requirements.

GIVEN:                              _____

GIVEN AS MODIFIED:                 _____

WITHDRAWN:                         _____

REFUSED:                           _____


_____
UNITED STATES DISTRICT COURT JUDGE

9

## PROPOSED INSTRUCTION NO. 1.3
## BURDEN OF PROOF – PREPONDERANCE OF THE EVIDENCE

When a party has the burden of proof on any claim or affirmative defense by a preponderance of the evidence, it means you must be persuaded by the evidence that the claim or affirmative defense is more probably true than not true.

You should base your decision on all of the evidence, regardless of which party presented it.

GIVEN:                        _____

GIVEN AS MODIFIED:           _____

WITHDRAWN:                   _____

REFUSED:                     _____


_____
UNITED STATES DISTRICT COURT JUDGE

**PROPOSED INSTRUCTION NO. 1.6**

**WHAT IS EVIDENCE**

The evidence you are to consider in deciding what the facts are consists of:

1.    the sworn testimony of any witness;

2.    the exhibits which are received into evidence; and

3.    any facts to which the lawyers have agreed.

GIVEN:                            _____

GIVEN AS MODIFIED:      _____

WITHDRAWN:                  _____

REFUSED:                        _____

_____
UNITED STATES DISTRICT COURT JUDGE

11

1

2

3

## PROPOSED INSTRUCTION NO. 1.7

## WHAT IS NOT EVIDENCE

4

5

6

In reaching your verdict, you may consider only the testimony and exhibits received into evidence. Certain things are not evidence, and you may not consider them in deciding what the facts are. I will list them for you:

7

8

9

10

11

(1) Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they have said in their opening statements, will say in their closing arguments, and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

12

13

14

(2) Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the objection or by the court's ruling on it.

15

16

17

18

(3) Testimony that has been excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered.  In addition sometimes testimony and exhibits are received only for a limited purpose; when I give a limiting instruction, you must follow it.

19

20

(4) Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

21

22    GIVEN:                    _____

23    GIVEN AS MODIFIED:        _____

24    WITHDRAWN:                _____

25    REFUSED:                  _____

26

27                                          _____

28                                          UNITED STATES DISTRICT COURT JUDGE

12

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED INSTRUCTION NO. 1.8**

**EVIDENCE FOR LIMITED PURPOSE**

Some evidence may be admitted for a limited purpose only.

When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and for no other.

[The testimony [you are about to hear] [you have just heard] may be considered only for the limited purpose of [*describe purpose*] and for no other purpose.]

GIVEN:                    _____

GIVEN AS MODIFIED:        _____

WITHDRAWN:                _____

REFUSED:                  _____

_____

UNITED STATES DISTRICT COURT JUDGE

13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED INSTRUCTION NO. 1.9**

**DIRECT AND CIRCUMSTANTIAL EVIDENCE**

Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.  Circumstantial evidence is proof of one or more facts from which you could find another fact.  You should consider both kinds of evidence.  The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  It is for you to decide how much weight to give to any evidence.

GIVEN:                          _____

GIVEN AS MODIFIED:        _____

WITHDRAWN:                 _____

REFUSED:                       _____

_____

UNITED STATES DISTRICT COURT JUDGE

14

# PROPOSED INSTRUCTION NO. 1.10

## RULING ON OBJECTIONS

There are rules of evidence that control what can be received into evidence.  When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object.  If I overrule the objection, the question may be answered or the exhibit received.  If I sustain the objection, the question cannot be answered, and the exhibit cannot be received.  Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer might have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore the evidence.  That means that when you are deciding the case, you must not consider the evidence that I told you to disregard.

GIVEN:                            _____

GIVEN AS MODIFIED:         _____

WITHDRAWN:                    _____

REFUSED:                         _____


_____
UNITED STATES DISTRICT COURT JUDGE

15

**PROPOSED INSTRUCTION NO. 1.11**

**CREDIBILITY OF WITNESSES**

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.  Proof of a fact does not necessarily depend on the number of witnesses who testify about it.

In considering the testimony of any witness, you may take into account:

(1) the opportunity and ability of the witness to see or hear or know the things testified to;

(2) the witness's memory;

(3) the witness's manner while testifying;

(4) the witness's interest in the outcome of the case and any bias or prejudice;

(5) whether other evidence contradicted the witness's testimony;

(6) the reasonableness of the witness's testimony in light of all the evidence; and

(7) any other factors that bear on believability.

The weight of the evidence as to a fact does not necessarily depend on the number of witnesses who testify about it.

GIVEN: _____

GIVEN AS MODIFIED: _____

WITHDRAWN: _____

REFUSED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

16

# PROPOSED INSTRUCTION NO. 1.12
## CONDUCT OF THE JURY

I will now say a few words about your conduct as jurors.

First, you are not to discuss this case with anyone, including members of your family, people involved in the trial, or anyone else; this includes discussing the case in internet chat rooms or through internet "blogs," internet bulletin boards or e-mails.  Nor are you allowed to permit others to discuss the case with you. If anyone approaches you and tries to talk to you about the case, please let me know about it immediately;

Second, do not read or listen to any news stories, articles, radio, television, or online reports about the case or about anyone who has anything to do with it;

Third, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials, and do not make any investigation about the case on your own;

Fourth, if you need to communicate with me simply give a signed note to the law clerk to give to me; and

Fifth, do not make up your mind about what the verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence. Keep an open mind until then.

Finally, until this case is given to you for your deliberation and verdict, you are not to discuss the case with your fellow jurors.

GIVEN:                          _____

GIVEN AS MODIFIED:              _____

WITHDRAWN:                      _____

REFUSED:                        _____

---
UNITED STATES DISTRICT COURT JUDGE

17

**PROPOSED INSTRUCTION NO. 1.13**

**NO TRANSCRIPT AVAILABLE TO JURY**

During deliberations, you will have to make your decision based on what you recall of the evidence.  You will not have a transcript of the trial.  I urge you to pay close attention to the testimony as it is given.

If at any time you cannot hear or see the testimony, evidence, questions or arguments, let me know so that I can correct the problem.

GIVEN:                         _____

GIVEN AS MODIFIED:             _____

WITHDRAWN:                     _____

REFUSED:                       _____


_____

UNITED STATES DISTRICT COURT JUDGE

**PROPOSED INSTRUCTION NO. 1.14**

**TAKING NOTES**

If you wish, you may take notes to help you remember the evidence. If you do take notes, please keep them to yourself until you and your fellow jurors go to the jury room to decide the case. Do not let note-taking distract you. When you leave, your notes should be left in the courtroom. No one will read your notes. They will be destroyed at the conclusion of the case.

Whether or not you take notes, you should rely on your own memory of the evidence. Notes are only to assist your memory. You should not be overly influenced by your notes or those of your fellow jurors.

GIVEN: _____

GIVEN AS MODIFIED: _____

WITHDRAWN: _____

REFUSED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

# PROPOSED INSTRUCTION NO. 1.18

## BENCH CONFERENCES AND RECESSES

From time to time during the trial, it may become necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury is present in the courtroom, or by calling a recess. Please understand that while you are waiting, we are working. The purpose of these conferences is not to keep relevant information from you, but to decide how certain evidence is to be treated under the rules of evidence and to avoid confusion and error.

Of course, we will do what we can to keep the number and length of these conferences to a minimum. I may not always grant an attorney's request for a conference. Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

GIVEN: _____

GIVEN AS MODIFIED: _____

WITHDRAWN: _____

REFUSED: _____

_____
UNITED STATES DISTRICT COURT JUDGE

**PROPOSED INSTRUCTION NO. 1.19**

**OUTLINE OF TRIAL**

Trials proceed in the following way:  First, each side may make an opening statement. An opening statement is not evidence.  It is simply an outline to help you understand what that party expects the evidence will show.  A party is not required to make an opening statement.

The plaintiff will then present evidence, and counsel for the defendant may cross-examine.  Then the defendant may present evidence, and counsel for the plaintiff may cross-examine.

After the evidence has been presented, I will instruct you on the law that applies to the case and the attorneys will make closing arguments.

After that, you will go to the jury room to deliberate on your verdict.

GIVEN:                      _____

GIVEN AS MODIFIED:          _____

WITHDRAWN:                  _____

REFUSED:                    _____

_____

UNITED STATES DISTRICT COURT JUDGE

21

1

**PROPOSED INSTRUCTION NO. 2.1**

2

**STIPULATED TESTIMONY**

3

4

    The parties have agreed what testimony would be if called as a witness. You should

5

consider that testimony in the same way as if it had been given here in court.

6

7

GIVEN:                   _____

8

GIVEN AS MODIFIED:    _____

9

WITHDRAWN:           _____

10

REFUSED:               _____

11

12

                            _____

                            UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED INSTRUCTION NO. 2.2**

**STIPULATIONS OF FACT**

The parties have agreed to certain facts that will be read to you. You should therefore treat these facts as having been proved.

GIVEN:                    _____

GIVEN AS MODIFIED:        _____

WITHDRAWN:                _____

REFUSED:                  _____

_____

UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED INSTRUCTION NO. 2.4**

**DEPOSITION IN LIEU OF LIVE TESTIMONY**

A deposition is the sworn testimony of a witness taken before trial.  The witness is placed under oath to tell the truth and lawyers for each party may ask questions.  The questions and answers are recorded.  When a person is unavailable to testify at trial, the deposition of that person may be used at the trial.

The deposition of Michael Mitchell was taken on May 5, 2009.  You should consider deposition testimony, presented to you in court in lieu of live testimony, insofar as possible, in the same way as if the witness had been present to testify.

Do not place any significance on the behavior or tone of voice of any person reading the questions or answers.

GIVEN:                   _____

GIVEN AS MODIFIED:        _____

WITHDRAWN:               _____

REFUSED:                 _____

_____

UNITED STATES DISTRICT COURT JUDGE

24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED INSTRUCTION NO. 2.5**

**TRANSCRIPT OF TAPE RECORDING**

You are about to view and listen to a video recording that has been received in evidence. Please view and listen to it very carefully. Each of you will be given a transcript of the sound recording to as a guide to help you view and listen to the video. However, bear in mind that the video is the evidence, not the transcript. If you see or hear something different from what appears in the transcript, what you saw or heard is controlling. After the video has been played, the transcript will be taken from you.

GIVEN:                          _____

GIVEN AS MODIFIED:              _____

WITHDRAWN:                      _____

REFUSED:                        _____

_____

UNITED STATES DISTRICT COURT JUDGE

1

2

**PROPOSED INSTRUCTION NO. 2.8**

**IMPEACHMENT EVIDENCE – WITNESS**

3

4

The evidence that a witness has given inconsistent testimony under oath may be

5   considered, along with all other evidence, in deciding whether or not to believe the witness and

6   how much weight to give to the testimony of the witness and for no other purpose.

7

8   GIVEN:                          _____

9   GIVEN AS MODIFIED:              _____

10  WITHDRAWN:                      _____

11  REFUSED:                        _____

12

13                                  _____

                                    UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

26

1

**PROPOSED INSTRUCTION NO. 2.10**

2

**USE OF INTERROGATORIES OF A PARTY**

3

4        Evidence will now be presented to you in the form of answers of one of the parties to

5   written interrogatories submitted by the other side.   These answers have been given in writing

6   and under oath, before the actual trial, in response to questions that were submitted in writing

7   under established court procedures.   You should consider the answers, insofar as possible, in the

8   same way as if they were made from the witness stand.

9

10   GIVEN:                        _____

11   GIVEN AS MODIFIED:            _____

12   WITHDRAWN:                    _____

13   REFUSED:                      _____

14

15                                              _____

16                                              UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED INSTRUCTION NO. 2.11**

**EXPERT OPINION**

Some witnesses, because of education or experience, are permitted to state opinions and the reasons for those opinions.

Opinion testimony should be judged just like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

GIVEN:                                    _____

GIVEN AS MODIFIED:              _____

WITHDRAWN:                          _____

REFUSED:                               _____

_____

UNITED STATES DISTRICT COURT JUDGE

**PROPOSED INSTRUCTION NO. 2.12**

**CHARTS AND SUMMARIES NOT RECEIVED IN EVIDENCE**

Certain charts and summaries not received in evidence [may be] [have been] shown to you in order to help explain the contents of books, records, documents, or other evidence in the case.  They are not themselves evidence or proof of any facts.  If they do not correctly reflect the facts or figures shown by the evidence in the case, you should disregard these charts and summaries and determine the facts from the underlying evidence.

GIVEN:                             _____

GIVEN AS MODIFIED:        _____

WITHDRAWN:                   _____

REFUSED:                         _____

_____

UNITED STATES DISTRICT COURT JUDGE

# PROPOSED INSTRUCTION NO. 2.13

## CHARTS AND SUMMARIES IN EVIDENCE

Certain charts and summaries may be received into evidence to illustrate information brought out in the trial. Charts and summaries are only as good as the underlying evidence that supports them. You should, therefore, give them only such weight as you think the underlying evidence deserves.

GIVEN:                         _____

GIVEN AS MODIFIED:      _____

WITHDRAWN:              _____

REFUSED:                    _____


_____

UNITED STATES DISTRICT COURT JUDGE

30

# PROPOSED INSTRUCTION NO. 3.1

## DUTY TO DELIBERATE

When you begin your deliberations, you should elect one member of the jury as your presiding juror. That person will preside over the deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreement if you can do so. Your verdict must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all of the evidence, discussed it fully with the other jurors, and listened to the views of your fellow jurors.

Do not hesitate to change your opinion if the discussion persuades you that you should. Do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.

GIVEN:                         _____

GIVEN AS MODIFIED:      _____

WITHDRAWN:              _____

REFUSED:                    _____


_____

UNITED STATES DISTRICT COURT JUDGE

31

**PROPOSED INSTRUCTION NO. 3.2**

**COMMUNICATION WITH COURT**

If it becomes necessary during your deliberations to communicate with me, you may send a note through the [marshal] [bailiff], signed by your presiding juror or by one or more members of the jury.  No member of the jury should ever attempt to communicate with me except by a signed writing; I will communicate with any member of the jury on anything concerning the case only in writing, or here in open court.  If you send out a question, I will consult with the parties before answering it, which may take some time.  You may continue your deliberations while waiting for the answer to any question.  Remember that you are not to tell anyone—including me—how the jury stands, numerically or otherwise, until after you have reached a unanimous verdict or have been discharged.  Do not disclose any vote count in any note to the court.

GIVEN:                         _____

GIVEN AS MODIFIED:             _____

WITHDRAWN:                     _____

REFUSED:                       _____


_____

UNITED STATES DISTRICT COURT JUDGE

32

**PROPOSED INSTRUCTION NO. 3.3**

**RETURN OF VERDICT**

A verdict form has been prepared for you.  After you have reached unanimous agreement on a verdict, your presiding juror will fill in the form that has been given to you, sign and date it, and advise the court that you are ready to return to the courtroom.

GIVEN:            _____

GIVEN AS MODIFIED:     _____

WITHDRAWN:        _____

REFUSED:           _____


_____

UNITED STATES DISTRICT COURT JUDGE

33

1

**PROPOSED INSTRUCTION NO. 4.1**

2

**CORPORATIONS AND PARTNERSHIPS – FAIR TREATMENT**

3

4       All parties are equal before the law and a public entity is entitled to the same fair and

5   conscientious consideration by you as any party.

6

7   GIVEN:                    _____

8   GIVEN AS MODIFIED:        _____

9   WITHDRAWN:                _____

10  REFUSED:                  _____

11

12                                      _____

                                        UNITED STATES DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED INSTRUCTION NO. 5.1**

**DAMAGES – PROOF**

It is the duty of the Court to instruct you about the measure of damages.  By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

If you find for the plaintiff on the plaintiff's claims, you must determine the plaintiff's damages.  The plaintiff has the burden of proving damages by a preponderance of the evidence.  Damages means the amount of money that will reasonably and fairly compensate the plaintiff for any injury you find was caused by the defendant.

It is for you to determine what damages, if any, have been proved.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

GIVEN:                    _____

GIVEN AS MODIFIED:        _____

WITHDRAWN:                _____

REFUSED:                  _____

_____
UNITED STATES DISTRICT COURT JUDGE

35

**PROPOSED INSTRUCTION NO. 5.4**

**DAMAGES ARISING IN THE FUTURE – DISCOUNT TO PRESENT CASH VALUE**

Any award for future economic damages must be for the present cash value of those damages.

Noneconomic damages such as pain and suffering are not reduced to present cash value.

Present cash value means the sum of money needed now, which, when invested at a reasonable rate of return, will pay future damages at the times and in the amounts that you find the damages will be incurred.

The rate of return to be applied in determining present cash value should be the interest that can reasonably be expected from safe investments that can be made by a person of ordinary prudence, who has ordinary financial experience and skill. You should also consider decreases in the value of money which may be caused by future inflation.

GIVEN:                          _____

GIVEN AS MODIFIED:              _____

WITHDRAWN:                      _____

REFUSED:                        _____


_____

UNITED STATES DISTRICT COURT JUDGE

36

1

**PROPOSED INSTRUCTION NO. 10.4A.2**

2

**CIVIL RIGHTS – TITLE VII – "ADVERSE EMPLOYMENT ACTION" IN DISPARATE**

3

**TREATMENT CASES**

4

5       An action is an adverse employment action if it materially affects the terms, conditions,

6   or privileges of employment.

7

8   GIVEN:                        _____

9   GIVEN AS MODIFIED:            _____

10  WITHDRAWN:                    _____

11  REFUSED:                      _____

12

13                                      _____

                                        UNITED STATES DISTRICT COURT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

37