DAN SIEGEL, SBN 56400
JESSICA ALBERT, SBN 249770
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

LISA J. LEEBOVE, SBN 186705
EQUAL RIGHTS ADVOCATES
1663 Mission Street, Suite 250
San Francisco, CA  94103
Telephone:  (415) 621-0672
Facsimile:  (415) 621-6744

Attorneys for Plaintiff
MICHELLE MAHER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| MICHELLE MAHER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO,<br><br>    Defendant. | Case No.:  08-CV-00050-OWW-SMS<br><br>ORDER REGARDING PLAINTIFF'S MOTIONS IN LIMINE |

The Court makes the following rulings on plaintiff's motions in limine nos. 1 through 4:

Plaintiff's motion in limine no. 1 – to exclude testimony of witnesses that are described as undisclosed.  Plaintiff's motion is denied in part and granted in part, subject to the following limitations.

(1) Defendant is to provide plaintiff with an offer of proof as to each proposed witness.

(2) These proposed witnesses will be made available to the plaintiff for deposition before or during trial if the plaintiff so chooses.

(3) The Court will give a limiting instruction that any testimony of these witnesses shall be for impeachment purposes only and not for substantive purposes.

(4) The Court may reserve final ruling on the admissibility of testimony pending the plaintiff's testimony.

(5) The defendant shall provide the plaintiff with a declaration from the Custodian of Records authenticating any lunch schedule for plaintiff's children's school.  The lunch schedule will cover the period of October 2005, to the first week of December 2005.  If there is any question as to the reliability and authenticity of the schedule then a 104 examination will be conducted.

Plaintiff's motion in limine no. 2 – non-fraternization policy. Based on defense counsel's representation that plaintiff was not terminated for any violation of the "no fraternization" policy, but rather that the evidence of violation is being used to show any violation's impact on the recruit class as a whole, plaintiff withdrew her motion.

Plaintiff's motion in limine no. 3 – to exclude testimony of Kim Ianucci.  Plaintiff's motion is denied without prejudice in part and granted in part, subject to the following limitations.

(1) The witness is prohibited from stating conclusions of law including whether the City of Fresno discriminated against plaintiff and whether the City of Fresno was correct in taking the actions it did.

(2) Plaintiff will have the opportunity to voir dire the witness to establish her qualifications in the presence of the jury.

(3) If qualified, the witness may testify to: (1) generally accepted practices, procedures and protocols of fire academies; (2) and whether the criteria and standards of the City of Fresno Fire Academy that were applied to the plaintiff are ones recognized as generally accepted; (3) if there is a recognized standard, that the conduct of the plaintiff did either meet, fall below, or exceed the standard based on some kind of objective criteria but not just a subjective opinion.

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's motion in limine no. 4 – to exclude testimony of Richard Nordstrom. Plaintiff's motion is denied in part and granted in part, subject to the following limitations.

(1) The witness is prohibited from testifying as to what is an appropriate job choice for purposes of plaintiff's mitigation.

(2) To the extent that a foundation is properly laid for the numbers, the witness may testify as an economic expert in regards to the dollar figures associated with mitigation.

(3) Pursuant to the Court's order regarding defendant's motion in limine no. 7, the issue of Nordstrom's testimony regarding statistical information on the gender makeup of the Fresno Fire Department is moot.

(4) The witness is prohibited from stating conclusions of law including whether the City of Fresno discriminated against the plaintiff.

October 27, 2009                         By: _/s/ OLIVER W. WANGER_____
                                         UNITED STATES DISTRICT JUDGE