1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By: Gregory L. Myers, Senior Deputy Attorney (#95743)
By: Tina R. Griffin, Deputy City Attorney (#210328)
2600 Fresno Street
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendant CITY OF FRESNO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE MAHER,

            Plaintiff,

      vs.

CITY OF FRESNO, and DOES 1 through 10, inclusive,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 08-CV-00050-OWW-SMS

ORDER REGARDING DEFENDANT'S
MOTIONS IN LIMINE

     The Court makes the following rulings on Defendant's Motions in Limine Numbers 1 through 12:

Defendant's Motion in Limine #1

     Granted

Defendant's Motion in Limine #2

     Granted

Defendant's Motion in Limine #3

     Denied

/ / /

/ / /

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Order Regarding Defendant's Motions in Limine

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant's Motion in Limine #4

2       Granted in part and denied in part.  Evidence regarding the sweatshirt worn by Ms.

3  Maher may be introduced but there will be no demonstrations with the sweatshirt.

4  Defendant's Motion in Limine #5

5       Granted

6  Defendant's Motion in Limine #6

7       Denied

8  Defendant's Motion in Limine #7

9       Granted

10  Defendant's Motion in Limine #8

11       Granted

12  Defendant's Motion in Limine #9

13       Granted in part and denied in part.  Witness Flores will be able to testify regarding facts

14  pertaining to rumors that he was aware of but cannot offer any legal opinions regarding reporting

15  requirements.

16  Defendant's Motion in Limine #10

17       Granted

18  Defendant's Motion in Limine #11

19       Granted

20  Defendant's Motion in Limine #12

21       Granted and further ordered that witnesses are not to discuss their testimony or the

22  testimony of other witnesses with those who may be called or recalled as witnesses.

23

24  DATED: October 28, 2009      /s/ OLIVER W. WANGER

25       UNITED STATES DISTRICT JUDGE

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
Order Regarding Defendant's Motions in Limine

PDF created with pdfFactory trial version www.pdffactory.com