# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

```
MICHELLE MAHER,

            Plaintiff,
                                        JUDGMENT IN A CIVIL ACTION
vs.
                                        1:08-cv-00050 OWW

CITY OF FRESNO,

            Defendant.
_____/
```

Judgment is entered in this action in favor of Plaintiff Michelle Maher and against Defendant City of Fresno for damages in the total amount of $2,468,141.00, according to the verdicts of trial jury returned in open Court November 13, 2009.


DATED: November 13, 2009                    VICTORIA C. MINOR, Clerk


                                            /s/ RENEE GAUMNITZ
                                        By: Renee Gaumnitz,
                                            Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com