JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By: Gregory L. Myers, Senior Deputy Attorney (#95743)
By: Tina R. Griffin, Deputy City Attorney (#210328)
2600 Fresno Street
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendant CITY OF FRESNO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MAHER,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF FRESNO, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 08-CV-00050-OWW-SMS<br><br>**ORDER**<br><br>Date: November 20, 2009<br>Time: 1:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wanger |

Defendant, CITY OF FRESNO, appeared through its counsel, Tina R. Griffin, Deputy City Attorney, and Plaintiff, MICHELLE MAHER, appeared through her counsel, Jessica Albert, Esq., of Siegel & Yee, during the telephonic status conference in front of the Honorable Oliver W. Wanger, on November 20, 2009 at 1:30 p.m., in the above-referenced courtroom. After conference, and with agreement of the parties, the Court makes the following ruling:

The time deadlines applicable to amended Rules of Civil Procedure, Rule 50 and Rule 59, shall be governed by those effective on December 1, 2009, by order of the U.S. Supreme Court on March 26, 2009.   These deadlines shall apply to both parties in the above-referenced matter.

**IT IS ORDERED**.

Dated: November 20, 2009          /s/ OLIVER W. WANGER
                                 U.S. District Judge Oliver W. Wanger

PDF created with pdfFactory trial version www.pdffactory.com