JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By: Tina R. Griffin, Deputy City Attorney (#210328)
2600 Fresno Street
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendant CITY OF FRESNO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE MAHER,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 08-CV-00050-OWW-SMS<br><br>**JOINT STIPULATION AND ORDER FOR STAY OF EXECUTION OF JUDGMENT PENDING POST-TRIAL MOTIONS [FRCP 62]**<br><br>**EXPEDITED REVIEW REQUESTED** |

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, to stay the execution of judgment that was entered on November 17, 2009, against Defendant, and on behalf of Plaintiff, in the amount of $2,468,141.00, pending final disposition of post-trial motions.  This stipulation does not affect Defendant's right to seek a stay under Federal Rule of Civil Procedure 62 after final disposition of the post-trial motions.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MAHER v. COF, et al.
Case No.: 08-CV-00050-OWW-SMS
City of Fresno's Proposed Order
1

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  November 24, 2009           JAMES C. SANCHEZ
2                                      City Attorney
3
4                                      By:     /s/ Tina R. Griffin
                                           TINA R. GRIFFIN
5                                          Deputy City Attorney

6                                          Attorneys for Defendant
                                           CITY OF FRESNO
7

8  DATED: November 24, 2009            SIEGEL & YEE
9

10                                     By     /s/ Jessica Albert
                                           JESSICA ALBERT
11                                         Attorneys for Plaintiff
12                                         MICHELLE MAHER

13

14  **[PROPOSED] ORDER:**

15      THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

16

17  Dated: November 24, 2009              /s/ OLIVER W. WANGER
18                                         U.S. District Judge Oliver W. Wanger

MAHER v2COF, et al.
Case No.: 08-CV-00050-OWW-SMS
City of Fresno's Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com