1  DAN SIEGEL, SBN 56400                GREGORY MYERS
2  JESSICA ALBERT, SBN 249770           TINA GRIFFIN
   SIEGEL & YEE                         Office of the City Attorney
3  499 14th Street, Suite 220           CITY OF FRESNO
   Oakland, California 94612            2600 Fresno Street
4  Telephone: (510) 839-1200            Fresno, CA 93721-3602
   Facsimile: (510) 444-6698            Telephone:  559.621.7500
5                                       Fax:  559.488.1084

6  NOREEN FARRELL, SBN 191600           JAMES B. BETTS
7  REBECCA MAYBERG, SBN 262326          JOSEPH D. RUBIN
   EQUAL RIGHTS ADVOCATES               BETTS & RUBIN, A Professional Corporation
8  1663 Mission Street, Suite 250       Attorneys at Law
   San Francisco, CA  94103             907 Santa Fe Avenue, Suite 201
9  Telephone:  (415) 621-0672           Fresno, CA 93721
   Facsimile:  (415) 621-6744           Telephone: 559.438.8500
10                                      Fax: 559.438.6959

11
   *Attorneys for Plaintiff MICHELLE MAHER*    *Attorneys for Defendant CITY OF FRESNO*
12

13
                    **UNITED STATES DISTRICT COURT**
14
          **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**
15

16

17  MICHELLE MAHER,                      Case No.:  08-CV-00050-OWW-SMS

18                    Plaintiff,         **STIPULATON AND ORDER <u>RESETTING
                                         HEARING DATES</u>**
19  v.

20  CITY OF FRESNO,

21                    Defendant.

22

23         IT IS HEREBY STIPULATED by and between counsel for defendant CITY OF FRESNO
24  and counsel for plaintiff MICHELLE MAHER that the following hearings will be reset:
25         Plaintiff's Motion for Attorney's Fees will no longer be heard on March 1, 2010.
26         Defendant's Motion for Judgment as a Matter of Law will no longer be heard on March 8,
27  2010.
28         Defendant's Motion for New Trial will no longer be heard on March 8, 2010.

                                                          CASE NO. 08-CV-00050-OWW-SMS

1        All three of these motions will now be heard on March 15, 2010, at 10:00 a.m. in

2    Courtroom 3, before the Honorable Judge Oliver W. Wanger.  All opposition and reply deadlines

3    will stem from the new hearing date.

4

5

6    Dated:  December 16, 2009          By      \s\ TINA GRIFFIN

7                                                                 TINA GRIFFIN
                                                         Attorney for Defendant

8                                                                 CITY OF FRESNO

9

10   Dated:  December 16, 2009          By      \s\ JESSICA ALBERT

11                                                                JESSICA ALBERT
                                                         Attorney for Plaintiff

12                                                               MICHELLE MAHER

13

14   **ORDER:**

15   THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

16

17

18   Dated:  December 17, 2009          By      /s/ OLIVER W. WANGER

                                                                   United States District Court Judge

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com