UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE MAHER, | ) | 1:08-CV-00050 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CLERK'S CONFIRMATION OF** |
| v. | ) | **PLAINTIFF'S SATISFACTION OF** |
| CITY OF FRESNO, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's request, Federal Rule of Civil Procedure 69(a), and California Code of Civil Procedure Section 724.050, it is confirmed that Plaintiff has filed, executed, and acknowledged satisfaction of judgment in full by Defendant.

DATED: September 15, 2010              VICTORIA C. MINOR, Clerk

                                       /s/ RENEE GAUMNITZ
                                   By: Renee Gaumnitz,
                                       Deputy Clerk